# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX C. PEREZ, <br><br> Petitioner, <br><br> v. <br><br> GEORGINA PUENTES, Acting Warden, <br><br> Respondent. | No. 1:19-cv-00224-JLT (HC) <br><br> **ORDER VACATING ORDER DIRECTING RESPONDENT TO FILE A RESPONSE** <br><br> **[Doc. 4]** |

On February 15, 2019, Petitioner filed a petition for writ of habeas corpus in this Court. (Doc. 1.) The Court issued a scheduling order on February 19, 2019, which directed Respondent to file a response. By separate order, the Court will recommend the petition be summarily dismissed. Accordingly, the Court VACATES the scheduling order. (Doc. 4.)

IT IS SO ORDERED.

Dated:  **February 28, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE